B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

|  |  |
|---|---|
| IN RE: | : |
| DONNA L CORRIDORI | : |
|  | : Case No. 17-11931-BLS |
|  | : Chapter 13 |
| Debtor(s) | : |
|  | : |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Cabana Series III Trust | U.S. Bank Trust National Association as Trustee of Bungalow Series III Trust |
|---|---|
| Name of Transferee | Name of Transferor |
| Name and Address where notices to transferee should be sent:<br><br>SN Servicing Corporation<br>323 Fifth Street,<br>Eureka, CA  95501 | Court Claim # (if known):  4-1<br><br>Amount of Claim: $225,461.17<br><br>Date Claim Filed:  11/03/2017 |
| Phone: 800-603-0836 | Phone: 800 603-0836 |
| Last Four Digits of Acct #: XX4996 | Last Four Digits of Acct. #: 4996 |
| Name and Address where transferee payments should be sent (if different from above): |  |
| Phone: |  |
| Last Four Digits of Acct #: |  |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Lisa Hatfield            Date:  May 6, 2019
     Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by electronic means via the Court's CM/ECF notification system on this date May 6, 2019.

Peter M. Sweeney
100 W. 10th Street, Suite 203
Wilmington, DE 19801
psweeney@lscd.com
*Attorney for Debtor*

Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19899
USTPRegion03.wl.ecf@usdoj.gov
U.S. Trustee

Michael B. Joseph
824 Market Street
PO Box 1351
Wilmington, DE 19899-1351
MJoseph@ch13de.com
*Chapter13 Trustee*

And by standard first-class mail postage prepaid to:

Donna L Corridori
30020 Overbrook Drive
Milton, DE 19968
*Debtors*

                                                Respectfully submitted,

                                   */s/ Lisa Hatfield*

Lisa Hatfield (Bar No. 4967)
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road
Suite 304
Newark, DE 19711
lhatfield@sterneisenberg.com
Phone:(302) 731-7200
Fax:(302) 731-7211
Attorney for Secured Creditor

DE201800000543